

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-49,610-14

### IN RE GAYLAND DECLOYCE WILLIAMS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 241-1607-14-A IN THE 114TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, Relator contends that he filed an application for a writ of habeas corpus in the 114th District Court of Smith County and his application has not been timely forwarded to this Court.

Respondent, the District Clerk of Smith County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, *see* TEX. R. APP. P. 73.4(b)(5), or stating that Relator has not filed an application for a writ of habeas corpus in Smith County. This application

for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: March 6, 2019
Do not publish